AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Tony VEGA, Jr.

**CRIMINAL COMPLAINT**

CASE NUMBER: 2004-M-0487-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 7__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) alter a United States passport with intent that the same be used,

in violation of Title __18__ United States Code, Section(s) __1543__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Mark C. Winslow (signature)
Signature of Complainant

Sworn to before me and subscribed in my presence,

10-08-2004  at 11:00 am    at    Boston, Massachusetts
Date                                        City and State

Robert B. Collings
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.