**AFFIDAVIT**

I, Mark C. Wasilewski, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since October 2003. As part of my official duties, I am responsible for investigating criminal violations relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use, and possession of identification documents and false statements made in order to illegally obtain passports and visas.

2. The information set forth in this affidavit is based on my investigation, as well as information provided by the United States Department of State, Diplomatic Security Service, Boston Field Office ("BFO"), and officials of the North Andover Police Department ("NAPD"), North Andover, Massachusetts. This affidavit does not contain all of the information known to me and other law enforcement concerning this investigation, only that information sufficient to set out the probable cause in support of a criminal complaint charging **Tony VEGA, Jr.** a/k/a Pedro

RIVAS, with possession of an altered United States passport, in violation of Title 18, United States Code § 1543.

BACKGROUND

3. On August 7, 2004, an individual identifying himself as Tony VEGA was arrested in North Andover, Massachusetts, for violations of Massachusetts state law, including larceny by false pretenses; forgery of a document; uttering a false instrument; and attempt to commit a crime. During the course of the arrest, VEGA was found to be in possession of a United States passport with the passport number of 103304791[1] and a photograph of VEGA. However, the name on the passport was that of Pedro RIVAS with a date of birth of April 06, 1978 in Massachusetts. The RIVAS passport is appended hereto as Exhibit A.

4. On the date of the arrest, NAPD Detective Eugene Salois interviewed VEGA at the North Andover Police Station. Detective Salois showed VEGA the passport and asked him to explain it. VEGA stated that the passport was his. He further stated that the correct and true information was hidden under the false information which he had placed in

---

[1] A search of the United States Department of State Passport Records, for passport number 103304791 (the RIVAS passport), revealed that this passport number was, in fact, issued to another person, Leonard Alonzo PAGE.

2

the passport. VEGA stated that the name Pedro RIVAS was fictitious and that he "made it up." VEGA stated that he also made up the date of birth. VEGA stated that he put a laminate over the new information as well as an updated picture, which he placed over the old one.

5. During the course of the investigation, it was determined that VEGA had fraudulently "sold" merchandise over the Internet. He then used the passport to cash the check sent to him by the purchaser but never delivered the goods as requested by the purchaser. VEGA would present the passport under the name of PEDRO RIVAS as identification when he went to cash the money orders sent by the purchasers. The money orders would be made payable to PEDRO RIVAS.

6. Upon further inspection of the passport, the true information under the laminate was revealed, including the actual number of the passport assigned to VEGA which is 103646283.[2]

---

[2] The photograph from the VEGA passport application positively matches the photograph from the confiscated passport (Exhibit A), which, in turn, also positively matches the August 7, 2004 North Andover Police Department arrest photograph of Tony VEGA. A copy of the VEGA passport application (#103646283) is appended hereto as Exhibit B.

3

7. Based upon the preceding information, I believe that probable cause exists to conclude that Tony VEGA, Jr., did alter a United States passport with intent that the passport would be used, in violation of Title 18, United States Code, §1543.

*Mark C. Wasilewski*
Mark C. Wasilewski
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn and subscribed to me this **OCT - 8 2004** day of October, 2004.

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE