JS 45 (5/97) - (Revised USAO MA 1/ 4)

**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   Investigating Agency __DSS__

City __North Andover__                    Related Case Information:

County __Middlesex__                      Superseding Ind./ Inf. _____   Case No. _____
                                          Same Defendant _____   New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Tony Vega, Jr.__                    Juvenile   ☐ Yes   ☒ No

Alias Name __Pedro Rivas__

Address __177 Garden Street, Lawrence, MA 01841__

Birth date (Year only): __1980__   SSN (last 4 #): _____   Sex __M__   Race: __H__   Nationality: __USA__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini__                    Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

                    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 10/07/04             Signature of AUSA: *Nadine Pellegrini*

JS 45 (5/97) - (Revised USAO MA 3/__ _2) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    TONY VEGA, JR.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1543 | Altering of Passport | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**