AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

Tony Vega, Jr.

**WARRANT FOR ARREST**

Case Number: 04-M-0487-RBC

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT 21 A 8: 10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   TONY VEGA, JR.
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Theft of Mail Matter

in violation of Title   18   United States Code, Section(s)   1543

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/20/2004                Boston, MA
Date                      Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DSS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/25/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |