UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CASE NO. 2004 M0487 RBC

TONY VEGA, JR.

MOTION TO WITHDRAW

The defendant respectfully requests that his Court appointed counsel, Roger Witkin, Esq., be permitted to withdraw in this case as he has retained counsel who has filed an appearance, namely: Socrates de la Cruz, 65 Merrimack Street, Lawrence, Massachusetts 01843, telephone no. 978 815 2730.

/s/Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: March 30, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

VI.                                   CASE NO. 2004 M0487 RBC

TONY VEGA, JR.

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon AUSA Nadine Pellegrini, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and a courtesy copy to the Clerk of Court by mail which was e-filed this day.

                                            */s/ Roger Witkin*
                                            Roger Witkin
                                            6 Beacon Street, Suite l0l0
                                            Boston, MA 02l08
                                            Tel. 6l7 523 0027
                                            Fax 6l7 523 2024
                                            BBO No. 53l780

DATE:     March 30, 2005