IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMICAL NO.:04M-0487-RBC

UNITED STATES OF AMERICA

V.

ANTONIO VEGA

APPEARANCE

Please be advised that Antonio Vega has retained the Law Offices of Socrates De La Cruz. Please enter my appearance as defense counsel in the above-referenced matter. Should you have any questions, please do not hesitate to contact my office at 978-681-5858.

Respectfully submitted,
Socrates De La Cruz,

_____
Socrates De La Cruz. Esq.
65 Merrimack Street Suite 2
Lawrence, Ma 01841
978-681-5858

Dated: April 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing appearance has been served on the above date upon:

United States District Court
Criminal Clerks Office
John Joseph Moakley US Court House
1 Courthouse Way
Boston, Massachusetts 02210

United States District Court
Nadine Pellegrini
Assistant U.S. Attorney
John Joseph Moakley US Court House
1 Courthouse Way
Boston, Massachusetts 02210

Roger Witkin
Attorney at Law
6 Beacon Street
Boston, Massachusetts 02108

Dated: April 11, 2005

_____
Socrates de la Cruz, Esq.